**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Barry R. Judy** | Social Security number or ITIN | xxx–xx–8617 |
| | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Susan J Judy** | Social Security number or ITIN | xxx–xx–9551 |
| | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court **WESTERN DISTRICT OF PENNSYLVANIA**

Case number: **15–22953–GLT**

# Order of Discharge                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Barry R. Judy
aka Barry R. Judy Sr.

Susan J Judy

11/16/20

**By the court:**    Gregory L. Taddonio
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-22953-GLT |
| Barry R. Judy | Chapter 13 |
| Susan J Judy | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: aala | Page 1 of 4 |
| Date Rcvd: Nov 16, 2020 | Form ID: 3180W | Total Noticed: 47 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++        Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Barry R. Judy, Susan J Judy, 117 Monongahela Avenue, Dravosburg, PA 15034-1321 |
| cr | + | Equitable Gas Bankruptcy Department, Attn: Judy Gawlowski, 225 North Shore Drive 2nd Floor, Pittsburgh, PA 15212-5860 |
| cr | + | First National Bank of Pennsylvania, Attn: Christine Lombardo, 4140 East State Street, Hermitage, PA 16148-3401 |
| cr | + | PNC Bank, National Association, c/o Donna M. Donaher, Esquire, Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| cr | + | Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S, c/o Brett A. Solomon, Esquire, Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 14092912 | | Allegent FCU, 1001 Liberty Ave., Suite 100, Pittsburgh, PA 15222-3726 |
| 14092913 | | American Airlines, Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14147912 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14133006 | + | County of Allegheny, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14092917 | + | Donald C. Fetzko, Solicitor, 714 Lebanon Rd., West Mifflin, PA 15122-1030 |
| 14092918 | + | Donna J. Mercuri, Tax Collector, Borough of Munhall, 1900 West St., Homestead, PA 15120-2561 |
| 14092919 | + | First National Bank, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 14092923 | + | John K. Weinstein, Allegheny County Treasurer, 436 Grant Street, Pittsburgh, PA 15219-2497 |
| 14092921 | + | John K. Weinstein, Allegheny County Treasurer, 436 Grant Street, Room 108, Pittsburgh, PA 15219-2497 |
| 14092931 | + | Keystone Collection Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14092937 | + | Keystone Collection Group, McKeesport Area School District, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14092932 | + | Keystone Collection Group, Mckeesport School District, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14092939 | + | Legal Tax Service, Inc., 714 Lebanon Road, West Mifflin, PA 15122-1030 |
| 14092940 | | Lowe's/Synchrony Bank, PO Box 5301914, Atlanta, GA 30353-0914 |
| 14092941 | + | McKeesport Area School District, c/o Honorable Richard D. Olasz Jr., 2629 Skyline Drive, West Mifflin, PA 15122-3552 |
| 14124666 | + | McKeesport Area School District, Keystone Collections Group, c/o Kratzenberg & Lazzaro, 546 Wendel Rd., Irwin, PA 15642-7539 |
| 14126015 | + | Midland Credit Management Inc as agent for, Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 14157254 | ++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982 address filed with court:, PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 14121740 | ++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982 address filed with court:, PNC BANK, N/A, P O BOX 94982, CLEVELAND OHIO 44101 |
| 14092942 | | PNC Bank, PO Box 747032, Pittsburgh, PA 15274-7032 |
| 14123401 | + | PNC Bank, N.A., c/o Justin Korba, 249 5th Ave., 18th Fl., Pittsburgh, PA 15222-2707 |
| 14092951 | | S&T Bank, Loan Servicing Center, PO Box 469, Indiana, PA 15701-0469 |
| 14115686 | | S&T Bank s/b/m/t Irwin Bank & Trust Company, c/o David W. Raphael, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 14115685 | + | S&T Bank s/b/m/t Irwin Bank & Trust Company, 355 North 5th Street, Indiana, PA 15701-1940 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 17 2020 03:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 17 2020 03:57:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| cr | | EDI: RECOVERYCORP.COM | Nov 17 2020 06:13:00 | 17128-0946 Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14092914 | | EDI: BANKAMER.COM | Nov 17 2020 06:13:00 | Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 14138725 | + | Email/Text: bncmail@w-legal.com | Nov 17 2020 03:58:00 | CERASTES, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14092915 | | EDI: CITICORP.COM | Nov 17 2020 06:13:00 | Best Buy, PO Box 183195, Columbus, OH 43218-3195 |
| 14092916 | | EDI: DISCOVER.COM | Nov 17 2020 06:13:00 | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 14101318 | | EDI: DISCOVER.COM | Nov 17 2020 06:13:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14092955 | | EDI: JPMORGANCHASE | Nov 17 2020 06:13:00 | Slate from Chase, PO Box 15123, Wilmington, DE 19850-5123 |
| 14157254 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 17 2020 03:56:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 14121740 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 17 2020 03:56:00 | PNC BANK, N/A, P O BOX 94982, CLEVELAND OHIO 44101 |
| 14149351 | | EDI: PRA.COM | Nov 17 2020 06:13:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14098130 | | EDI: RECOVERYCORP.COM | Nov 17 2020 06:13:00 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14684887 | + | EDI: DRIV.COM | Nov 17 2020 06:13:00 | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 14092956 | + | EDI: STFM.COM | Nov 17 2020 06:13:00 | State Farm Bank FSB, PO Box 3299, Milwaukee, WI 53201-3299 |
| 14102678 | | EDI: STFM.COM | Nov 17 2020 06:13:00 | State Farm Bank, FSB, Attn: Bankruptcy Dept., PO Box 2328, Bloomington, IL 61702-2328 |
| 14109631 | | EDI: WFFC.COM | Nov 17 2020 06:13:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, PO Box 19657, Irvine, CA 92623-9657 |
| 14113102 | | EDI: WFFC.COM | Nov 17 2020 06:13:00 | Wells Fargo Bank NA, PO Box 10438, Des Moines IA 50306-0438 |
| 14092957 | | EDI: WFFC.COM | Nov 17 2020 06:13:00 | Wells Fargo Dealer Services, PO Box 25341, Santa Ana, CA 92799-5341 |
| 14092958 | | EDI: WFFC.COM | Nov 17 2020 06:13:00 | Wells Fargo Financial National Bank, PO Box 660431, Dallas, TX 75266-0431 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Allegheny County |
| cr | | Duquesne Light Company |
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | *+ | S&T Bank s/b/m/t Irwin Bank & Trust Company, 355 North 5th Street, Indiana, PA 15701-1940 |
| 14092920 | *P++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034, address filed with court:, Home Depot, PO Box 182676, Columbus, OH 43218-2676 |
| 14092924 | *+ | John K. Weinstein, Allegheny County Treasurer, 436 Grant Street, Pittsburgh, PA 15219-2497 |

| District/off: 0315-2 | User: aala | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 16, 2020 | Form ID: 3180W | Total Noticed: 47 |

| | | |
|---|---|---|
| 14092925 | *+ | John K. Weinstein, Allegheny County Treasurer, 436 Grant Street, Pittsburgh, PA 15219-2497 |
| 14092926 | *+ | John K. Weinstein, Allegheny County Treasurer, 436 Grant Street, Pittsburgh, PA 15219-2497 |
| 14092922 | *+ | John K. Weinstein, Allegheny County Treasurer, 436 Grant Street, Room 108, Pittsburgh, PA 15219-2497 |
| 14092927 | *+ | John K. Weinstein, Allegheny County Treasurer, 436 Grant Street, Room 108, Pittsburgh, PA 15219-2497 |
| 14092928 | *+ | John K. Weinstein, Allegheny County Treasurer, 436 Grant Street, Room 108, Pittsburgh, PA 15219-2497 |
| 14092929 | *+ | John K. Weinstein, Allegheny County Treasurer, 436 Grant Street, Room 108, Pittsburgh, PA 15219-2497 |
| 14092930 | *+ | John K. Weinstein, Allegheny County Treasurer, 436 Grant Street, Room 108, Pittsburgh, PA 15219-2497 |
| 14092933 | *+ | Keystone Collection Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14092935 | *+ | Keystone Collection Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14092936 | *+ | Keystone Collection Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14092934 | *+ | Keystone Collection Group, McKeesport School District, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14092938 | *+ | Keystone Collection Group, McKeesport School District, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14092944 | *+ | PNC Bank, PO Box 747032, Pittsburgh, PA 15274-7032 |
| 14092945 | *+ | PNC Bank, PO Box 747032, Pittsburgh, PA 15274-7032 |
| 14092948 | *+ | PNC Bank, PO Box 747032, Pittsburgh, PA 15274-7032 |
| 14092949 | *+ | PNC Bank, PO Box 747032, Pittsburgh, PA 15274-7032 |
| 14092950 | *+ | PNC Bank, PO Box 747032, Pittsburgh, PA 15274-7032 |
| 14092943 | * | PNC Bank, PO Box 747032, Pittsburgh, PA 15274-7032 |
| 14092946 | * | PNC Bank, PO Box 747032, Pittsburgh, PA 15274-7032 |
| 14092947 | * | PNC Bank, PO Box 747032, Pittsburgh, PA 15274-7032 |
| 14092952 | *+ | S&T Bank, Loan Servicing Center, P.O. Box 469, Indiana, PA 15701-0469 |
| 14092953 | *+ | S&T Bank, Loan Servicing Center, P.O. Box 469, Indiana, PA 15701-0469 |
| 14092954 | *+ | S&T Bank, Loan Servicing Center, P.O. Box 469, Indiana, PA 15701-0469 |

TOTAL: 3 Undeliverable, 26 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 18, 2020          Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2020 at the address(es) listed below:

**Name**  **Email Address**

Brett A. Solomon
 on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Dealer Services brett.solomon@solomon-legal.com

Brian Nicholas
 on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Brian M. Kile
 on behalf of Creditor S&T Bank s/b/m/t Irwin Bank & Trust Company bkile@grenenbirsic.com mcupec@grenenbirsic.com;lstanger@grenenbirsic.com

David W. Raphael
 on behalf of Creditor S&T Bank s/b/m/t Irwin Bank & Trust Company raphaeld@fnb-corp.com

Donna M. Donaher
 on behalf of Creditor PNC Bank  National Association donaherd@fnb-corp.com

Jeffrey R. Hunt
 on behalf of Creditor Allegheny County jhunt@grblaw.com  cnoroski@grblaw.com

Karina Velter

| | | |
|---|---|---|
| District/off: 0315-2 | User: aala | Page 4 of 4 |
| Date Rcvd: Nov 16, 2020 | Form ID: 3180W | Total Noticed: 47 |

on behalf of Creditor PNC Bank National Association amps@manleydeas.com

Lauren M. Lamb

on behalf of Debtor Barry R. Judy
julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Lauren M. Lamb

on behalf of Joint Debtor Susan J Judy
julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft

on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Equitable Gas Bankruptcy Department ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

TOTAL: 13