**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
11/16/20 1:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
    BARRY R. JUDY
    SUSAN J JUDY
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:15-22953

Chapter 13

Related to Dkt. No. 101

ORDER OF COURT

  AND NOW, this 16th day of November 2020, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

**ENTERED BY DEFAULT**

BY THE COURT:

_/s/ Gregory L. Taddonio_  jah
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-22953-GLT |
| Barry R. Judy | Chapter 13 |
| Susan J Judy | |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: aala | Page 1 of 4 |
| Date Rcvd: Nov 16, 2020 | Form ID: pdf900 | Total Noticed: 45 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++           Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Barry R. Judy, Susan J Judy, 117 Monongahela Avenue, Dravosburg, PA 15034-1321 |
| cr | + | Equitable Gas Bankruptcy Department, Attn: Judy Gawlowski, 225 North Shore Drive 2nd Floor, Pittsburgh, PA 15212-5860 |
| cr | + | First National Bank of Pennsylvania, Attn: Christine Lombardo, 4140 East State Street, Hermitage, PA 16148-3401 |
| cr | + | PNC Bank, National Association, c/o Donna M. Donaher, Esquire, Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| cr | + | Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S, c/o Brett A. Solomon, Esquire, Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 14092912 | | Allegent FCU, 1001 Liberty Ave., Suite 100, Pittsburgh, PA 15222-3726 |
| 14092913 | | American Airlines, Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14092914 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 14147912 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14092915 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, Best Buy, PO Box 183195, Columbus, OH 43218-3195 |
| 14133006 | + | County of Allegheny, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14092917 | + | Donald C. Fetzko, Solicitor, 714 Lebanon Rd., West Mifflin, PA 15122-1030 |
| 14092918 | + | Donna J. Mercuri, Tax Collector, Borough of Munhall, 1900 West St., Homestead, PA 15120-2561 |
| 14092919 | + | First National Bank, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 14092923 | + | John K. Weinstein, Allegheny County Treasurer, 436 Grant Street, Pittsburgh, PA 15219-2497 |
| 14092921 | + | John K. Weinstein, Allegheny County Treasurer, 436 Grant Street, Room 108, Pittsburgh, PA 15219-2497 |
| 14092931 | + | Keystone Collection Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14092937 | + | Keystone Collection Group, McKeesport Area School District, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14092932 | + | Keystone Collection Group, Mckeesport School District, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14092939 | + | Legal Tax Service, Inc., 714 Lebanon Road, West Mifflin, PA 15122-1030 |
| 14092940 | | Lowe's/Synchrony Bank, PO Box 5301914, Atlanta, GA 30353-0914 |
| 14092941 | + | McKeesport Area School District, c/o Honorable Richard D. Olasz Jr., 2629 Skyline Drive, West Mifflin, PA 15122-3552 |
| 14124666 | + | McKeesport Area School District, Keystone Collections Group, c/o Kratzenberg & Lazzaro, 546 Wendel Rd., Irwin, PA 15642-7539 |
| 14126015 | + | Midland Credit Management Inc as agent for, Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 14157254 | ++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982 address filed with court:, PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 14121740 | ++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982 address filed with court:, PNC BANK, N/A, P O BOX 94982, CLEVELAND OHIO 44101 |
| 14092942 | | PNC Bank, PO Box 747032, Pittsburgh, PA 15274-7032 |
| 14123401 | + | PNC Bank, N.A., c/o Justin Korba, 249 5th Ave., 18th Fl., Pittsburgh, PA 15222-2707 |
| 14092951 | | S&T Bank, Loan Servicing Center, PO Box 469, Indiana, PA 15701-0469 |
| 14115686 | | S&T Bank s/b/m/t Irwin Bank & Trust Company, c/o David W. Raphael, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 14115685 | + | S&T Bank s/b/m/t Irwin Bank & Trust Company, 355 North 5th Street, Indiana, PA 15701-1940 |
| 14684887 | + | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 14109631 | | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, PO Box 19657, Irvine, CA 92623-9657 |
| 14113102 | | Wells Fargo Bank NA, PO Box 10438, Des Moines IA 50306-0438 |
| 14092957 | | Wells Fargo Dealer Services, PO Box 25341, Santa Ana, CA 92799-5341 |
| 14092958 | | Wells Fargo Financial National Bank, PO Box 660431, Dallas, TX 75266-0431 |

TOTAL: 36

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

| District/off: 0315-2 | User: aala | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 16, 2020 | Form ID: pdf900 | Total Noticed: 45 |

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/PDF: rmscedi@recoverycorp.com | Nov 17 2020 03:43:01 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14138725 | + Email/Text: bncmail@w-legal.com | Nov 17 2020 03:58:00 | CERASTES, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14092916 | Email/Text: mrdiscen@discover.com | Nov 17 2020 03:56:00 | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 14101318 | Email/Text: mrdiscen@discover.com | Nov 17 2020 03:56:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14092955 | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 17 2020 03:45:58 | Slate from Chase, PO Box 15123, Wilmington, DE 19850-5123 |
| 14157254 | Email/Text: Bankruptcy.Notices@pnc.com | Nov 17 2020 03:56:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 14121740 | Email/Text: Bankruptcy.Notices@pnc.com | Nov 17 2020 03:56:00 | PNC BANK, N/A, P O BOX 94982, CLEVELAND OHIO 44101 |
| 14149351 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 17 2020 09:16:47 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14098130 | Email/PDF: rmscedi@recoverycorp.com | Nov 17 2020 03:43:01 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14092956 | + Email/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com | Nov 17 2020 03:57:00 | State Farm Bank FSB, PO Box 3299, Milwaukee, WI 53201-3299 |
| 14102678 | Email/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com | Nov 17 2020 03:57:00 | State Farm Bank, FSB, Attn: Bankruptcy Dept., PO Box 2328, Bloomington, IL 61702-2328 |

TOTAL: 11

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Allegheny County |
| cr | | Duquesne Light Company |
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | *+ | S&T Bank s/b/m/t Irwin Bank & Trust Company, 355 North 5th Street, Indiana, PA 15701-1940 |
| 14092920 | *P++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034, address filed with court:, Home Depot, PO Box 182676, Columbus, OH 43218-2676 |
| 14092924 | *+ | John K. Weinstein, Allegheny County Treasurer, 436 Grant Street, Pittsburgh, PA 15219-2497 |
| 14092925 | *+ | John K. Weinstein, Allegheny County Treasurer, 436 Grant Street, Pittsburgh, PA 15219-2497 |
| 14092926 | *+ | John K. Weinstein, Allegheny County Treasurer, 436 Grant Street, Pittsburgh, PA 15219-2497 |
| 14092922 | *+ | John K. Weinstein, Allegheny County Treasurer, 436 Grant Street, Room 108, Pittsburgh, PA 15219-2497 |
| 14092927 | *+ | John K. Weinstein, Allegheny County Treasurer, 436 Grant Street, Room 108, Pittsburgh, PA 15219-2497 |
| 14092928 | *+ | John K. Weinstein, Allegheny County Treasurer, 436 Grant Street, Room 108, Pittsburgh, PA 15219-2497 |
| 14092929 | *+ | John K. Weinstein, Allegheny County Treasurer, 436 Grant Street, Room 108, Pittsburgh, PA 15219-2497 |
| 14092930 | *+ | John K. Weinstein, Allegheny County Treasurer, 436 Grant Street, Room 108, Pittsburgh, PA 15219-2497 |
| 14092933 | *+ | Keystone Collection Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14092935 | *+ | Keystone Collection Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14092936 | *+ | Keystone Collection Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14092934 | *+ | Keystone Collection Group, McKeesport School District, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14092938 | *+ | Keystone Collection Group, McKeesport School District, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14092944 | *+ | PNC Bank, PO Box 747032, Pittsburgh, PA 15274-7032 |
| 14092945 | *+ | PNC Bank, PO Box 747032, Pittsburgh, PA 15274-7032 |
| 14092948 | *+ | PNC Bank, PO Box 747032, Pittsburgh, PA 15274-7032 |
| 14092949 | *+ | PNC Bank, PO Box 747032, Pittsburgh, PA 15274-7032 |

| | | |
|---|---|---|
| District/off: 0315-2 | User: aala | Page 3 of 4 |
| Date Rcvd: Nov 16, 2020 | Form ID: pdf900 | Total Noticed: 45 |

| | | |
|---|---|---|
| 14092950 | *+ | PNC Bank, PO Box 747032, Pittsburgh, PA 15274-7032 |
| 14092943 | * | PNC Bank, PO Box 747032, Pittsburgh, PA 15274-7032 |
| 14092946 | * | PNC Bank, PO Box 747032, Pittsburgh, PA 15274-7032 |
| 14092947 | * | PNC Bank, PO Box 747032, Pittsburgh, PA 15274-7032 |
| 14092952 | *+ | S&T Bank, Loan Servicing Center, P.O. Box 469, Indiana, PA 15701-0469 |
| 14092953 | *+ | S&T Bank, Loan Servicing Center, P.O. Box 469, Indiana, PA 15701-0469 |
| 14092954 | *+ | S&T Bank, Loan Servicing Center, P.O. Box 469, Indiana, PA 15701-0469 |

TOTAL: 3 Undeliverable, 26 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2020         Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2020 at the address(es) listed below:**

**Name**      **Email Address**

Brett A. Solomon
on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Dealer Services brett.solomon@solomon-legal.com

Brian Nicholas
on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Brian M. Kile
on behalf of Creditor S&T Bank s/b/m/t Irwin Bank & Trust Company bkile@grenenbirsic.com mcupec@grenenbirsic.com;lstanger@grenenbirsic.com

David W. Raphael
on behalf of Creditor S&T Bank s/b/m/t Irwin Bank & Trust Company raphaeld@fnb-corp.com

Donna M. Donaher
on behalf of Creditor PNC Bank  National Association donaherd@fnb-corp.com

Jeffrey R. Hunt
on behalf of Creditor Allegheny County jhunt@grblaw.com  cnoroski@grblaw.com

Karina Velter
on behalf of Creditor PNC Bank  National Association amps@manleydeas.com

Lauren M. Lamb
on behalf of Debtor Barry R. Judy
julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Lauren M. Lamb
on behalf of Joint Debtor Susan J Judy
julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace on behalf of Creditor Equitable Gas Bankruptcy Department ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

TOTAL: 13